No. 02–8948.  LOTT v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied. ▮

No. 02–8949.  LIVERMAN v. UNITED STATES.  C. A. 4th Cir. Certiorari denied. ▮

No. 02–8950.  MARTIN v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 02–8951.  HUIHUI v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied. ▮

No. 02–8952.  GUEVARA v. UNITED STATES.  C. A. 2d Cir. Certiorari denied. ▮

No. 02–8956.  FISHER v. UNITED STATES.  C. A. 10th Cir. Certiorari denied. ▮

No. 02–8957.  ZACARIAS-ORTIZ v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied. ▮

No. 02–8962.  WEBB v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied. ▮

No. 02–8967.  DELAMAR v. UNITED STATES.  C. A. 4th Cir. Certiorari denied. ▮

No. 02–8968.  DUSSAULT v. UNITED STATES.  C. A. 5th Cir. Certiorari denied. ▮

No. 02–8969.  DE LA CRUZ v. UNITED STATES.  C. A. 5th Cir. Certiorari denied. ▮

No. 02–8971.  JILES v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied. ▮

No. 02–8974.  JONES v. ILLINOIS.  App. Ct. Ill., 1st Dist.  Certiorari denied.

No. 02–8975.  MANCILLAS v. UNITED STATES.  C. A. 5th Cir. Certiorari denied. ▮

No. 02–8977.  MAASS v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied. ▮

No. 02–8979.  SIMMS v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied. ▮